**Order entered February 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00159-CV

---

### IN RE CHERILYN ANN KINNEY, Relator

---

**Original Proceeding from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 77,508**

---

## ORDER

The Court has before it relator's emergency motion for clarification. The Court **GRANTS** the motion. Pending this Court's determination of relator's petition on the merits and until further order of this Court, it is **ORDERED** that relator Cherilyn Ann Kinney be released from the custody of the Sheriff of Hunt County only upon posting a good and sufficient cash or surety bond, conditioned as required by law, in the sum of $20,000, plus all expenses which may be incurred by peace officers in rearresting relator in the event that relator fails to appear at any hearing before this Court or violates some other condition of the bond.

In the event relator Cherilyn Ann Kinney gives such bond, the Sheriff of Hunt County is **ORDERED** to immediately forward a certified copy of the bond to the Clerk of this Court. This order releases relator Cherilyn Ann Kinney only from custody under the written order dated February 7, 2014, entitled Order Holding Respondent in Contempt and for Commitment to

County Jail (Property Division), issued by the 196th District Court of Hunt County, Texas, styled

*In the Matter of the Marriage of Cherilyn Ann Kinney and Robert Lynn Kinney*.

The Court requests that real party in interest and respondent file a response, if any, by February 20, 2014.

.

/s/     DOUGLAS S. LANG
          JUSTICE